# UNITED STATES BANKRUPTCY COURT
## Central District of California

**Debtor(s) Name**

LEE, YOUNG K
LEE, CINDY

**Chapter:** 7
**Case Number:** SV87-02182-KL



## ORDER CLOSING CASE

*Order of Discharge in the above referenced case was entered on 09/27/1989, and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.*

By Order of the United States Bankruptcy Court

*Date: 01/19/2000*

Jon D. Ceretto
Clerk of Court

*[signature]*

71 /RTN

| | DIST. NO. 0973 | OFF. NO. 1 | YR-DOCKET NO. 87-02182 |
|---|---|---|---|
| | Date Filed 12/18/96 | Reopened 2 | Check if Joint Petition    X |

| NAME OF DEBTOR<br>LEE, YOUNG K | NAME OF JOINT DEBTOR<br>LEE, CINDY |
|---|---|
| AKA/DBA | AKA/DBA<br>AKA  JIM'S MEAT & FINE FOOD, DBA |
| SSN AND TAX ID<br>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 | SSN AND TAX ID<br>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 |
| ADDRESS OF DEBTOR<br>11331 ELLIOTT AVE #31<br>EL MONTE     CA   91732-3382 | ADDRESS OF JOINT DEBTOR<br>11331 ELLIOTT AVE<br>EL MONTE     CA   91732-3382 |

| County Name<br>LOS ANGELES CA | County Code<br>6037 | Judge Name<br>LAX, KATHLEEN T. | Code<br>A465 | Trustee<br>-VASQUEZ, GI |
|---|---|---|---|---|
| DISPOSITION: 1 - GRANTED | | TERMINATED UNDER CHAPTER 1 - 7 | | |

| _ PLAN CONFIRMED<br>_ PLAN NOT CONFIRMED | %<br>DIVIDEND<br>TO BE PAID | _ CHECK IF FUTURE PAYMENTS ARE CONTEMPLATED UNDER CH 11 PLAN BUT PERCENTAGE DIVIDEND UNDETERMINABLE |
|---|---|---|
| REPORT PREPARED BY (Name)<br>URIEL DE LA TORRE | DATE PREPARED<br>01/19/00 | DATE CASE CLOSED<br>01/19/00 |

$ _____23717_____  1. **GROSS CASH RECEIPTS** (Do not complete below if 0)

**FEES AND EXPENSES**

$ _____892_____  2. Trustee Compensation (aggregate of all trustees)

$ _____  3. Attorney for Trustee

$ _____6441_____  4. Other Professionals and All Expenses (incl debtor atty)

**DISTRIBUTIONS**

$ _____4292_____  5. Secured Creditors
$ _____1996_____  6. Priority Creditors
$ _____10096_____  7. Unsecured Creditors
$ _____  8. Equity Security Holders
$ _____  9a. Payments to Debtor
$ _____  9b. Other payments (excluding to debtor)

**B100B (04/91) BANKRUPTCY CLOSING REPORT**